**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kelli Cline, | No. CV-13-02008-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Rite of Passage Incorporated, | |
| Defendant. | |

Pursuant to the parties' Stipulation to Dismiss with Prejudice and good cause appearing,

**IT IS HEREBY ORDERED** that his case be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 27th day of April, 2015.

_____
Honorable G. Murray Snow
United States District Judge